UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT

George Webb Sweigert,          :
                               :
                               :
                               :
                               :
                               CASE NO.2:22-cv-10002

Plaintiffs,

                               JUDGE GERSHWIN DRAIN

v.


Jason Goodman,
                               MOTION FOR EVIDENTIARY
DEFENDANT
                               HEARING

                               DEFAMATION, LIBEL PER SE

:

# MOTION FOR EVIDENTIARY HEARING - SANCTIONS FOR DEFENDANT JASON GOODMAN

1) **NOW COMES** George Webb Sweigert ("George Webb Sweigert"),and by and through his own pro se counsel, requests this case be declared a related case.  *(See EXHIBIT ONE - Case Header below for 2:20-cv-12933, Sweigert v CNN)*. This case involves the same Plaintiff, myself, George Webb Sweigert, and the same person who Defendant Jason Goodman who you held an Order To Show Cause for Sanctions Zoom meeting on Friday, March 4th, 2022 at 11AM.

2) Defendant Jason Goodman's company is currently under Sanction in the Court of the Southern District of New York.  The Court Order requires Defendant Goodman to notify any other State or Federal Court that he is involved with that he is under Sanction for willingly violating a Protective Order from the Southern District of New York.

3) Defendant Goodman is required to provide a copy of this Order from a

    Federal Judge to all parties where he is a Plaintiff or a Defendant. Defendant Goodman failed to provide this to the Eastern District of Michigan in the hearing of March 4th, 2022 or in writing.

4) I have provided a copy for the Court in EXHIBIT ONE of this filing.

5) Since Defendant Mr. Goodman has already violated a Protective Order with the Southern District of New York, the Plaintiff motions for an Evidentiary Hearing to define what actual machinations Defendant Goodman engendered against Officers of the Court and the Presiding Judge in this Case and the Case of Sweigert v. CNN (2:20-cv-12933) including but not limited to initiating Federal law enforcement inquiries into Officers of the Court and the Presiding Judge.

*(See EXHIBIT ONE - COURT ORDER).*

6) The Defendant Jason's Goodman's action amounts to Obstruction of Justice, Contempt of Court, a Conspiracy To Deprive Rights, and seeks to deny myself, George Webb Sweigert, of my fundamental right to seek damages caused by defamation by CNN.

**Submitted this day of March 7th, 2022 by Respectfully,**



George Webb Sweigert (pro se)
Georg.webb@gmail.com

1671 W. Stearns Road, Suite E
Temperance, MI 48182
Tel: 503-919-0748