**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**Southern Division**

George Webb Sweigert,

                  Plaintiff,

        -against-          **Case 2:22-cv-10002-GAD-KGA**

Jason Goodman, d/b/a/
Crowdsource The Truth

                  Defendant.

---

Non-party declarant
D. G. SWEIGERT, C/O
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Plaintiff
GEORGE WEBB SWEIGERT
209 ST. SIMONS COVE,
PEACHTREE, GA 30269-4201
503-919-0748
Georg.webb@gmail.com

Jason Goodman, defendant
252 7th Avenue, Suite 6S
New York, N.T. 10001
(323)-744-7594
truth@crowdsourcethetruth.org

---

**PROPOSED INTERVENOR'S SUPPLEMENT TO**
**ECF DOC. 25 (MOTION FOR PROPOSED INTERVENTION)**

## DECLARATION OF D. G. SWEIGERT

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney third-party, to provide an

accurate and truthful declaration of the events and persons that have become involved with the

subject matter of this lawsuit.

The attached document has been electronically filed with the appropriate staff at the State Bar of

Michigan on this date.

Respectfully submitted on this fifth day of March (3/5), 2022.

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents

has been filed electronically forwarded with pdf copies to all parties listed below.

Jason Goodman                                    George Webb Sweigert
truth@crowdsourcethetruth.org                    Georg.webb@gmail.com

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

**<u>EXHIBIT ONE</u>**

**State Bar of Michigan**
**Unauthorized Practice of Law**
**Department 306**
**Townsend Street**
**Lansing, MI 48933**

**NOW COMES D. GEORGE SWEIGERT** to complain about the conduct of the following

individuals:

> Larry E. Klayman, attorney presently suspended in the District of Columbia
>
> John H. Snyder, attorney in good standing State of New York
>
> Jason D. Goodman, proxy legal agent for the above

This matter concerns the "ghost writing" of legal documents that are presented to courts

in Michigan by a so-called "*pro se*" legal advocate that solicits funds in Michigan as part of a

COUNTER LAWFARE initiative.

It is alleged, in many legal actions, that this group operates a sham litigation enterprise

for the primary purpose of using intimidation, coercion, and extortion of court personnel to

manipulate the outcomes of litigation.

JOHN H. SNYDER, esq., is the attorney that represents the interests of so-called

organized crime boss Felix Sater of New York City.  Mr. Snyder is the so-called former attorney

of JASON D. GOODMAN in an action that appeared to extort monies from the EMMY

Television Awards.

LARRY E. KLAYMAN is a so-called vexatious attorney that identifies himself as a

"conservative talk show host" and produces social media podcasts with Mr. Goodman for the

purposes of alleged intimidation of federal jurists in the District of Columbia.  These podcast

shows are produced under the COUNTER LAWFARE banner as supposed CITIZEN GRAND

JURY proceedings.

1

There are two corporate entities that appear to maintain an enterprise for the purposes of intimidation, coercion, and extortion: Mr. Klayman's FREEDOM WATCH, INC., a purported 501(c)(3) corporation in Washington, D.C.  and Mr. Goodman's MULTIMEDIA SYSTEM DESIGN, INC., a dubious New York corporation that claims to own the U.S. trademark "CROWDSOURCE THE TRUTH".

Either Mr. Klayman and/or Mr. Snyder may have ghost-written a so-called Amicus Brief filed on the federal court docket by Mr. Goodman (attached as Exhibit One).  This Amicus is an artifact of this enterprise and is a so-called sham litigation artifact.  The purpose of docketing such papers is to broadcast discussions in podcasts about the progress of litigation on the private video service known as PATREON, LLC.

PATREON acts as a so-called aiding and abetting accomplice to further the financial rewards of this enterprise.  Both Mr. Goodman and Mr. Klayman maintain PATREON video channels that require private credit card authorization to access video contact.  Mr. Goodman proclaims himself to be acting as a "legal advocate" to prosecute "lawfare conducted by social engineers".

Mr. Goodman is then "backed-up" with apparent legal nonsense by self-identified "Special Prosecutor" Larry Klayman.  Both Mr. Goodman and Mr. Klayman then threaten to convene "Citizen Grand Juries" to supposedly create criminal referrals to the U.S. Department of Justice (DoJ) for criminal prosecution (note: several Freedom of Information Act requests to the DoJ for records of communications from Mr. Klayman or Mr. Goodman have turned up no such "criminal referrals") against their targets.

In the past Mr. Goodman has worked closely with George Webb Sweigert (Webb) who is tasked with filing baseless claims against defendants for the purpose of extorting funds to avoid

embarrassing and costly litigation.  As Exhibits One and Two point out, the Cable News Network is the latest victim of this apparent Goodman-Klayman-Webb extortion racket.

In this apparent scheme George Webb Sweigert acts as the "pure heart – empty head" *pro se* plaintiff that initiates litigation against large corporate entities, in this case the Cable News Network (C.N.N.).  Meanwhile, Mr. Goodman works with an accomplice, in this case Webb's girlfriend Corean Elizabeth Stoughton (Hanover, Maryland).  Ms. Stoughton supposedly entraps the prey (C.N.N.) with confidential e-mail messages about a news story.  Ms. Stoughton allegedly creates the news story that her boyfriend (Webb) is a so-called conspiracy theorist that is stalking an athlete of the U.S. Army reserves.

Ms. Stoughton and Mr. Goodman apparently amplify communications to C.N.N. to get a story published (in this case by Donie O'Sullivan, who received an EMMY Television Award for said story about "George Webb").  Donie O'Sullivan and his employer, C.N.N., are merely apparent unwitting stooges in the trap.  Then "George Webb" files litigation against C.N.N. to set the stage for Mr. Goodman's sham Amicus brief to the court.  Shortly thereafter, Mr. Goodman initiates a campaign of harassing and intimidating telephone calls to court personnel accusing them of participating in a criminal conspiracy to commit fraud upon the court.

The net effect of such sham litigation is to allegedly intimidate the law firm for defendant C.N.N. to initiate "settlement negotiations", which was also attempted by Mr. Goodman with the EMMY Television Awards via the litigation activities of Mr. Snyder.  The record in the New York courts clearly indicate that Mr. Goodman mailed a series of so-called extortion letters to the senior leadership of the EMMY Awards threatening litigation unless they behaved in a certain prescribed manner.

When the target victims fail to act in compliance with the supposed intimidation and extortion demands then an alleged combination of sham litigation and social media smear campaigns are launched (see PATREON accounts for Mr. Goodman and Mr. Klayman).

It appears Mr. Goodman is used as the "civilian" legal proxy to shield Mr. Klayman's sham legal documents.  The end game is to use such legal documents at a later date as part of "Citizen Grand Jury" proceedings on social media (see PATREON).

The foregoing smacks of the unauthorized practice of law in the State of Michigan by Mr. Klayman and/or Mr. Snyder, who have apparently ghost-written documents (Amicus) with the knowledge that same would be docketed in the courts of Michigan.  Neither lawyer is admitted to the State Bar of Michigan and neither lawyer can fashion such papers to be docketed in Michigan.

The undersigned certifies under the penalty of perjury, that this filing is not unnecessarily duplicative or piecemeal; that the submission is not frivolous or made in bad faith or for any improper purpose.

Respectfully submitted and sworn on this fifth day of March (3/5), 2022.

D.·G.·SWEIGERT,·C/O
AMERICA'S·RV·MAILBOX,·PMB·13339
514·Americas·Way,·Box·Elder,·SD·57719
Spoliation-notice@mailbox.org

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

George Webb Sweigert,

                    Plaintiffs,

          v.                                      Case No. :20-cv-12933-GAD-KGA

Cable News Network, Inc.,                         Honorable Gershwin A. Drain

                    Defendants.

---

**BRIEF OF *AMICUS CURIAE* JASON GOODMAN IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS**

Jason Goodman                           Robin Luce Herrmann (P46880)

252 7th Avenue #6s                      Jennifer A. Dukarski (P74257)

New York, NY 10001                      Javon R. David (P78214)

(323) 744-7594                          BUTZEL LONG, a professional
                                        corporation
truth@crowdsourcethetruth.org
                                        Attorneys for Defendant Cable
Pro Se                                  News

                                        Network, Inc.

                                        41000 Woodward Avenue

                                        Stoneridge West

                                        Bloomfield Hills, MI 48304 (248)
                                        258-1616

                                        Luce-Herrmann@butzel.com

                                        Dukarski@butzel.com

                                        Davidj@butzel.com

## PRELIMINARY STATEMENT

Jason Goodman is a pro se non-attorney, non-party to this case. Goodman comes now as a friend of the court to share facts and evidence Goodman alleges reveal a fraud on the court intended to affect the outcome of this case.

## STATEMENT OF FACTS

Non-party D. George Sweigert ("Sweigert") is the brother of Plaintiff George Webb Sweigert ("Webb"). On November 6, 2020, non-party Sweigert filed a motion requesting the court change the venue of this legal action to the Southern District of New York. *See* ECF No. 3 (MOTION FOR CHANGE OF VENUE BY INTERVENOR-APPLICANT PARTY OF INTEREST). Sweigert's pleadings indicate his belief that Sweigert v CNN is related litigation to Sweigert v Goodman, and in his view, in the interest of judicial efficiency should be transferred to the Southern District of New York. The transfer was denied via ECF No. 9.

Non-party movant Sweigert is the Plaintiff in Sweigert v. Goodman (Case 1:18-cv-08653-VEC-SDA) in which he is suing Amicus Goodman currently pending in the SDNY.

Goodman first became acquainted with Webb and Sweigert in 2017. Since his introduction to Webb and Sweigert, Goodman has been the Defendant in four separate civil lawsuits. Sweigert has attempted to intervene in three of the four suits and was denied.

On information and belief, Goodman alleges that Sweigert and Webb, in an effort to improperly involve Goodman in Sweigert v CNN, have conspired with or otherwise deceived a third individual, an employee of the court, Richard Loury ("Loury"), to commit a fraud on the court. Document properties of ECF No. 12 reveal that Loury is named as the author of pro se Plaintiff Webb's pleading. **(EXHIBIT A)**. These properties are visible in the free reader Adobe Acrobat DC or the commercial application Adobe Acrobat Professional.

On June 30, 2021, Goodman telephoned Loury at the court and asked how his name came to be associated with ECF No. 12 as the "author". Loury stated "documents are sent to me. In order for us to upload something, I have to save it onto my computer. The document is uploaded

onto the website". When questioned further, he simply repeated himself. Mr. Loury implied but did not directly state that his name would be associated with the document merely as a function of him temporarily saving it on his computer prior to filing it electronically on the docket. This is incorrect and does not explain how Loury's name would be recorded within the PDF document's embedded metadata as the "author" of the document. The "author" must be someone with the name "Richard Loury" officially stored on their computer as the active user unless someone otherwise altered the document to contain Loury's name.

Non-party movant Sweigert is the author of the Ethical Hacker's Field Operations Guide (https://drive.google.com/file/d/1BeVtzd7TKGpMvNonaUdD-Ls2RlGJm7JM/view). The guide details tactics and methods for manipulating computer systems, transmitting clandestine communications and evading detection, among other things. In several pleadings in Sweigert v Goodman, Sweigert has made note of various aspects of PDF document metadata indicating his knowledge in this area.

## CONCLUSION

For the reasons stated in Defendant's motion to dismiss and further for the foregoing reasons, Defendant's motion to dismiss should be granted. Additionally, Amicus Curiae Goodman prays the court will further investigate this matter relating to ECF No. 12 and alleged fraud on the part of Sweigert and Webb and take such action as it deems necessary.

By: _____
Jason Goodman
252 7th Avenue #6s
New York, NY 10001
truth@crowdsourcethetruth.org
(323) 744-7594
Pro Se *Amicus Curiae*

Robin Luce Herrmann (P46880)
Jennifer A. Dukarski (P74257)
Javon R. David (P78214)
BUTZEL LONG, a professional corporation
Attorneys for Defendant Cable News
Network, Inc.
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304 (248) 258-1616
Luce-Herrmann@butzel.com
Dukarski@butzel.com
Davidj@butzel.com

**EXHIBIT A**

---

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT**

George Webb Sweigert,       : **CASE**
                      :

    **Plaintiff,**          : **NO - 2:20-cv-12933-GAD-KGA**
                      :

**V.**                     : **US DISTRICT COURT JUDGE**
                      :

                      : **Judge Gershwin A. Drain**
                      :

**CABLE NEWS NETWORK, INC**   : **RESPONSE TO ORDER**
                      :

                      : **TO SHOW CAUSE**

**PLAINTIFF'S RESPON**

Plaintiff hereby files this Respon
and, for the reasons stated here

The Plaintiff, George Webb Sw
lawsuit in District of Columbia ir
transactions were conducted in
added to some of the administr
the Court.

The Defendant, Cable News Ne
than the CNN Headquarters in /
confused in person efforts to se

The Plaintiff requests for the Co
served on the Defendant.  Two
Service.



# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division

George Webb Sweigert,

                             Plaintiff,

              -against-           **CASE: 2:20-cv-12933-GAD-KGA**

Cable News Network

                        Defendant.

---

Non-party declarant
D. G. SWEIGERT, C/O
GENERAL DELIVERY
NEVADA CITY, CA 95959
Spoliation-notice@mailbox.org

Jason Goodman

252 7th Avenue #6s

New York, NY 10001

(323) 744-7594

truth@crowdsourcethetruth.org

Pro Se

Plaintiff
George Webb Sweigert
1671 W. Stearns Road, Suite E
Temperance, MI 48182
Tel. 503-919-0748
Georg.webb@gmail.com

Robin Luce Herrmann (P46880)

Jennifer A. Dukarski (P74257)

Javon R. David (P78214)

BUTZEL LONG, a professional
corporation

Attorneys for Defendant Cable
News

Network, Inc.

41000 Woodward Avenue

Stoneridge West

Bloomfield Hills, MI 48304 (248)
258-1616

Luce-Herrmann@butzel.com

Dukarski@butzel.com

Davidj@butzel.com

---

### DECLARATION OF D. G. SWEIGERT

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney third-party, to provide the

attached letter sent to all identified parties of this litigation.  The attached is a truthful and

accurate reproduction of the source document.


Respectfully submitted on this 23rd day of July 23, 2021.


**D. G. SWEIGERT, C/O**
**GENERAL DELIVERY**
**NEVADA CITY, CA 95959**
**Spoliation-notice@mailbox.org**

# EXHIBIT ONE

**D. GEORGE SWEIGERT**
*Pro Se Non-Attorney*
**GENERAL DELIVERY**
**NEVADA CITY, CA 95959**

**July 21, 2021**

Colin Michael Sullivan #285203
License Status: Active
Address: Patreon,
600 Townsend St, Ste 500
San Francisco, CA 94103-5696

REF: 1:20-cv-07269-VEC-OTW, SDNY

SUBJ: <u>WARNING CONCERNING ALLEGED WIRE FRAUD</u>

SIR/MADAM:

1.      Essentially this communication creates allegations concerning Patreon knowingly broadcasting video content produced by an enterprise known as CROWDSOURCE THE TRUTH, which operates the COUNTER LAWFARE FUND, that smacks of wire fraud.

2.      The latest "litigation stunt" perpetrated by the CROWDSOURCE THE TRUTH enterprise appears to have been video content placed on Patreon that describes a purported act of judicial corruption.  The video speakers claim to have evidence of such "corruption" in a federal court.  These assertions appear to be knowingly false with regards to any "corruption".

3.      As you are well aware New York City attorney John H. Snyder has appeared on these COUNTER LAWFARE Patreon podcast shows.  Specifically, a podcast video that directly addressed "fraud on the court" and/or "corruption" in the federal courts of Detroit, Michigan.

4.      These artifacts of so-called "stunt litigation" are the brainchild of the attorneys and para-legal staff that seem to orbit CROWDSOURCE THE TRUTH like flies.  This group produces *criminal indictments* as part of its *Citizens Grand Jury* hoax.  Some broadcasts appear to intimidate federal jurists with social media slurs and smears unless a judicial verdict is rendered, or a case heard.

5.      The latest alleged instantiation of wire fraud is the transmission of a fraudulent artifact to the U.S. District Court serving Detroit, Michigan, an alleged "fraudulent artifact" known as **ECF document number 20.**

| 07/20/2021 | 20 | AMICUS CURIAE BRIEF by Jason Goodman (DPer) (Entered: 07/20/2021) |
| --- | --- | --- |

*U.S. District Court, Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:20-cv-12933-GAD-KGA*

6.      John H. Snyder, esq., affirmatively participated in creating said video content (Michigan court "corruption") and may have ghost written **ECF document 20**, which can be said to imply the use of judicial intimidation, through the use of social media, to slur and smear court officials.



The Counter Lawfare Report with Attorney John Snyder – Allegations of Corruption in Federal Court
Crowdsource the Truth 4EVER · 390 views · 1 week ago
**This was originally broadcast on Crowdsource the Truth 5 on June 30, 2021 The Counter Lawfare Report returns to Crowdsource the Truth with a new legal expert. Harvard JD, tech entrepreneur...





7.      Documents filed in federal court suggest that you (Patreon) have exchanged e-mail messages with CROWDSOURCE THE TRUTH after you were made aware of racketeering allegations in 2018.  See **EXHIBIT C-24** in attachment.

8.      These acts of "stunt litigation", that are promoted on Patreon, represent staged litigation drama and are used to apparently fuel fundraising by this group.  The same group with which you (Patreon) apparently exchanged e-mail messages on December 8, 2020 to coordinate the filing of other artifacts of "stunt litigation".  [**EXHIBIT C-24**]

9.      As Larry Klayman, esq. is associated with this group, there is a wealth of expertise in this area of the creation of so-called sham documents which smack of stunt litigation.  This sham stunt litigation drama then becomes the subject of Patreon and YouTube video podcasts that push fund raising for the COUNTER LAWFARE fund (see broadcasts on 01/06/2021 at the U.S. Capitol sponsored by CROWDSOURCE THE TRUTH).  All this activity is alleged to fuel a racketeering enterprise.

10.     Patreon will recall the video podcast series created by the COUNTER LAWFARE REPORT and Brian Vukadinvick, Crown Point, Indiana, that smeared and slurred several Indiana federal judges on the COUNTER LAWFARE REPORT.



11.     Therefore, prepare accordingly as if Patreon were to be sued in Detroit, Michigan for acting as a facilitating accomplice under the federal wire fraud laws with CROWDSOURCE THE TRUTH and their affiliates.

Sincerely,

**D. GEORGE SWEIGERT**

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents

has been filed electronically with pdf copies to all parties.

Jason Goodman                       George Webb Sweigert
truth@crowdsourcethetruth.org    Georg.webb@gmail.com

                                      L Robin Luce Herrmann (P46880)
                                      Jennifer A. Dukarski (P74257)
                                        Javon R. David (P78214)
                                        luce-Herrmann@butzel.com
                                        Dukarski@butzel.com
                                        Davidj@butzel.com

I hereby attest that the foregoing is true and accurate under the penalties of perjury.

**D. GEORGE SWEIGERT**
**GENERAL DELIVERY**
**NEVADA CITY, CA 95959**
**Spoliation-notice@mailbox.org**