# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division

George Webb Sweigert,

Plaintiff,

-against-                      **CASE: 2:22-cv-10002-GAD-KGA**

Jason Goodman
d/b/a CrowdSource The Truth

Defendant.

---

Non-party declarant
D. G. SWEIGERT, C/O
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Jason Goodman
252 7th Avenue, No. 6S
New York, N.Y. 10001
323-744-7594
truth@crowdsourcethetruth.org

Plaintiff
GEORGE WEBB SWEIGERT
209 ST. SIMONS COVE,
PEACHTREE, GA 30269-4201
503-919-0748
Georg.webb@gmail.com

## PROPOSED INTERVENOR'S SUPPLEMENT TO
## ECF DOC. 25 (MOTION FOR PROPOSED INTERVENTION)

## PROPOSED INTERVENOR'S SUPPLEMENT TO
## ECF DOC. 25 (MOTION FOR PROPOSED INTERVENTION)

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney third-party, (U.S. Air Force veteran with one half semester of law school training) to provide an accurate and truthful supplement to ECF Doc. No. 25.

Defendant Jason Goodman has filed another Amicus in related litigation, *George Webb Sweigert v. C.N.N.*, **20-cv-12933-GAD-KGA**, known as ECF Doc. No. 55.

| 03/14/2022 | 55 | MOTION seeking leave to file amended amicus curiae brief by Jason Goodman. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C) (DPer) (Entered: 03/15/2022) |
|---|---|---|

## Jason Goodman published a COUNTER LAWFARE podcast simultaneous with the filing of his Amicus, ECF no. 55

Attached as EXHIBIT ONE is a record of Mr. Goodman's COUNTER LAWFARE podcast, 3/15/2022, in which he spends an hour discussing his evidence of the criminal conspiracy between the Plaintiff (George Webb Sweigert) and the Pro Se Administrator for the Court (Richard Loury).  Mr. Goodman cites Michigan penal codes and states that both the Plaintiff and the Pro Se Administrator are facing 14 years in prison for forging documents on this instant lawsuit's docket.  Mr. Goodman offers proof via the filing of his Amicus, ECF no. 55.

Also included in EXHIBIT ONE are a number of Twitter tweets from Mr. Goodman's "CrowdSource The Truth" Twitter account.  The totality of tweets links the Plaintiff (George Webb Sweigert) with the short-hand Mario brother, as in Mario Brothers (to include Plaintiff and the undersigned).

Mr. Goodman's COUNTER LAWFARE video has over 3,000 views, and George Webb Sweigert response video (featuring Jason Goodman) has over 10,000 views (also depicted in EXHIBIT ONE).

<u>**CONCLUSION**</u>

The Court should immediately conduct an investigation into the matters of forged documents discussed in the Amicus, ECF no. 55.  Appropriate referrals for the arrest and/or indictment of the Plaintiff or the Pro Se Administrator should commence following such an investigation.

The investigation should also include a determination as to Mr. Goodman's bad faith for using the federal courts as a prop for his social media podcast shows, joining the Southern District of New York in labeling Mr. Goodman a paranoid conspiracy theorist.



"The National Academy of Television Arts and Sciences won an injunction against Crowdsource the Truth for its use of an image of the Academy's copyrighted and trademarked Emmy award statuette in a "Crony Awards" video, a New York federal judge ruled.

Crowdsource the Truth, which is owned by Multimedia System Design Inc., lost by default judgment after it didn't obtain new representation when its previous attorney John Snyder withdrew in July 2021.

Crowdsource must also pay attorneys' fees for the Academy, Judge Valerie Caproni of the U.S. District Court for the Southern District of New York found. Crowdsource "traffics in wild conspiracy theories," she previously said.

Jason Goodman, the sole owner of Multimedia Systems Design, faces additional sanctions for willfully violating a protective order by disclosing confidential discovery material. For the next two years, Goodman must notify all courts and parties where he is involved in lawsuits that he violated the order here, the court said.

https://news.bloomberglaw.com/ip-law/television-academy-wins-injunction-against-conspiracy-theorist



https://news.bloomberglaw.com/ip-law/tv-academys-copyright-claims-over-covid-crony-awards-survive?context=search&index=2

Attached as EXHIBIT ONE is an accurate and truthful reproduction.  Respectfully submitted on

this March 16, 2022 (3/16/2022)

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents

has been filed electronically with pdf copies to all parties.

Jason Goodman                             George Webb Sweigert
truth@crowdsourcethetruth.org             Georg.webb@gmail.com

I hereby attest that the foregoing was transmitted March 16, 2022 (3/16/2022) under the

penalties of perjury.

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

**<u>EXHIBIT ONE</u>**



Ghost Town NYC – Counterlawfare Heats Up with the Weather is #StupidMarioWorld Melting Down?

125 watching now • Started streaming 116 seconds ago

👍 32    👎 DISLIKE    ↗ SHARE    ✂ CLIP    ⊒+ SAVE    ⚐

**Crowdsource the Truth 5**
9.44K subscribers                                                          SUBSCRIBE

An amended Amicus Curiae Brief has dropped like a MOAB on the docket in Detroit sending shockwaves through Stupid Mario World.  The weather is warming up as some people face the real possibility of jail.

subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth
subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru...

An amended Amicus Curiae Brief has dropped like a MOAB on the docket in Detroit sending shockwaves through Stupid Mario World. The weather is warming up as some people face the real possibility of jail.

https://www.youtube.com/watch?v=hrPfebLivPI

1









eats Up with the Weather is #StupidMari

nds ago                    85    DISLIKE



eats Up with the Weather is #StupidMario

es ago                     88    DISLIKE



re Heats Up with the Weather is #StupidMarioWo

3



e Heats Up with the Weather is #StupidMarioWo



e Heats Up with the Weather is #StupidMarioWo



rfare Heats Up with the Weather is #StupidMarioW





re Heats Up with the Weather is #StupidMarioWo





e Heats Up with the Weather is #StupidMarioW



















https://twitter.com/csthetruth



https://twitter.com/csthetruth/status/1504109394090409992



https://twitter.com/csthetruth/status/1504088633556541453



https://twitter.com/chavezhoax/status/1504108917013553168



https://twitter.com/chavezhoax/status/1504108917013553168



https://twitter.com/csthetruth/status/1504088633556541453



https://twitter.com/csthetruth/status/1503957115173584898



https://twitter.com/RealGeorgeWebb1



https://twitter.com/RealGeorgeWebb1/status/1503816686964781059