**(EXHIBIT A)**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

Southern Division

George Webb Sweigert

                Plaintiff,

Against-                        CASE 2:20-cv-12933-GAD-KGA

Cable News Network

                Defendant.

## RESPONSE TO MOTION FOR CHANGE OF VENUE BY INTERVENOR

NOW COMES GEORGE WEBB SWEIGERT, pro se Plaintiff in SWEIGERT V CABLE NEWS NETWORK, in response to a motion to change the venue of this lawsuit to the US Court in the Southern District of New York. I moved to Michigan in September of 2020 due to numerous death threats from an ex-Navy Officer named Ken Hale in Norfolk, Virginia.

Mr. Hale has threatened to "flamethrower" my family, to "Jonestown" my family, and to "Waco" my family. I, George Webb Sweigert, have several texts from Mr. Hale threatening that he was "five minutes away" numerous times from the small island I was residing on in Maryland by the name of Cobb Island. Mr. Hale made these threats at around 10 PM on a Saturday night after driving five hours from Norfolk, Virginia. I, George Webb Sweigert, believe I have the right to relocate in order to protect myself and my family.

I provided all these death threats to Reporter Donie O'Sullivan of CNN before he wrote his article about me accusing me of somehow attacking individuals when I was working on a legitimate news story. I, George Webb Sweigert, am also a reporter like Mr. Donie O'Sullivan with CNN. CNN chose to suppress these death threats against me, and instead, falsely claimed that I somehow wished harm on the individuals involved in one of my news reports. Donie O'Sullivan completely and falsely reported this story, somehow making me the belligerent party.

Since the 2020 Donie O'Sullivan stories about me, I have received hundreds of threats online from Mr. O'Sullivan's followers. My Twitter account of four years has been hacked on destroyed. YouTube has destroyed four years of work with 4,000 videos since the completely false and misleading stories by Mr. O'Sullivan. His followers have called law enforcement in every State in the United States that I enter informing State law officials that I am somehow a terrorist for covering legitimate news stories like the 2020 Presidential Election.

Mr. Sullivan's followers continue to misrepresent that my reporting of a drug ring in the Port of Norfolk, Virginia run by an international terrorist known as Daewoo Ibrahim and his associate Imran Awan, somehow relate to a YouTube channel called Crowd Source The Truth and their reporting on an incident at the Port of Charleston. I was a guest on this show in the summer of 2017, and I clearly stated that any terrorist incident carried out by Mr. Ibrahim and Mr. Awan would occur at the Port of Norfolk, one of their drug ports. International drug smugglers Daewoo Ibrahim's family members have been convicted in terrorist bombings in the Port of Mumbai and Ibrahim's family members are also suspected of the recent bombings in Sri Lanka.

I have been predominantly been in the Carolinas and Georgia covering the Senate elections since leaving Michigan after the election. I typically cover stories in the South and winter in the South.

I, George Webb Sweigert, believe I have a right to seek refuge in Michigan from the followers of Mr. O'Sullivan. I also believe I have the right to seek refuge in Michigan from ex-Navy officers from the Port of Norfolk who has acted out on their death threats by driving within five minutes of my domicile in the summer of 2020.

Therefore, I believe the Motion For Change Of Venue should be denied, and the right and proper jurisdiction for this case should be my place of residence.

Respectfully submitted on this 18th day of February 2021

*George Webb Sweigert*

George Webb Sweigert
1671 Stearns Road
Temperance, Michigan 48182



**(EXHIBIT B)**

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT

| | |
|---|---|
| George Webb Sweigert, | : CASE |
| Plaintiff, | : NO - 2:20-cv-12933-GAD-KGA |
| V. | : US DISTRICT COURT JUDGE |
| | : Judge Gershwin A. Drain |
| CABLE NEWS NETWORK, INC | : RESPONSE TO ORDER |
| | : TO SHOW CAUSE |

**PLAINTIFF'S RESPON**

Plaintiff hereby files this Respor
and, for the reasons stated here

The Plaintiff, George Webb Sw
lawsuit in District of Columbia ir
transactions were conducted in
added to some of the administr
the Court.

The Defendant, Cable News Ne
than the CNN Headquarters in /
confused in person efforts to se

The Plaintiff requests for the Co
served on the Defendant. Two
Service.



- 4 -

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

George Webb Sweigert )
)
)
Plaintiff, )  Civil Action No. 2:20-cv-12933
v. )
)
Cable News Network, Inc )

To: Cable News Network, Inc.
One CNN Center
Atlanta, GA 30303-2762

A lawsuit has been filed against [you]

Within 21 days after service of [this summons on you (not counting the day you received it) — or 60 days if you are] the United States or a United States age[ncy, or an officer or employee of the United States described in Fed. R. Civ. P. 12] (a)(2) or (3) — you must serve on the pl[aintiff an answer to the attached complaint or a motion under Rule 12 of the Federal] Rules of Civil Procedure. The answer [or motion must be served on the plaintiff or plaintiff's attorney, whose name and] address are:

George [W...]
1671 W. [...]
Tempera[...]

If you fail to respond, judgment [by default will be entered against you for the relief demanded in the complaint. You] also must file your answer or motion wi[th the court.]

KINIKIA D. ESSIX, CLERK OF COURT

By: _____
Signature of Clerk or Deputy Clerk

Date of Issuance: 6/22/21

---

**Document Properties dialog (overlay):**

Tabs: Description | Security | Fonts | Initial View | Custom | Advanced

Description
- File: 14.pdf
- Title: A9813hvt_yp9dyj_f3c.tmp
- Author: RichardLoury
- Subject:
- Keywords:
- Created: 7/6/21, 11:09:02 AM
- Modified: 7/8/21, 6:58:31 AM
- Application: PScript5.dll Version 5.2.2

Advanced
- PDF Producer: Acrobat Distiller 17.0 (Windows); modified using iText® 7.1.6 ©2000-2019 iText
- PDF Version: 1.6 (Acrobat 7.x)
- Location: /Users/jasongoodman/Documents/Webb v CNN/2-20-cv-12933-GAD-KGA/
- File Size: 1.08 MB (1,136,245 Bytes)
- Page Size: 8.50 x 11.00 in
- Tagged PDF: No
- Number of Pages: 2
- Fast Web View: No

[Additional Metadata...] [Help] [Cancel] [OK]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION
# AT DETROIT

George Webb Sweigert, : Defendant.
CASE
:
:
:
Plaintiffs, :
: CASE NO.2:21-cv-12933
:
:
: JUDGE GERSHWIN DRAIN
v.
 PLAINTIFF'S AMENDED
 COMPLAINT

 DEFAMATION AND FALSE
:
:
CABLE NEWS NETW
:

