UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

George Webb Sweigert,

                  Plaintiff,

-against-                    **CASE: 2:** 22-cv-10002-GAD-KGA

Jason Goodman, dba
CrowdSource The Truth

                  Defendant.

---

Non-party declarant
D. G. SWEIGERT, C/O
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Plaintiff
GEORGE WEBB SWEIGERT
209 ST. SIMONS COVE,
PEACHTREE, GA 30269-4201
503-919-0748
Georg.webb@gmail.com

Defendant
Jason Goodman
252 7th Avenue, Suite No. 6
New York, N.Y. 10001
(323)-744-3974
TRUTH@CrowdSourceTheTruth.org

**CORRECTED
SECOND AMICUS REQUEST FOR
JUDICIAL NOTICE TO SUPPLEMENT ECF NO.** ~~56~~ **34**

---

1

## AMICUS REQUEST FOR JUDICIAL NOTICE TO SUPPLEMENT ECF NO. ~~56~~ 34

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney third-party, (U.S. Air Force veteran with one half semester of law school training) to provide an accurate and truthful supplement to the following:

| ~~03/16/2022~~ | ~~56~~ | ~~MOTION for leave of court to file Amicus brief by D.G. Sweigert. (DPer) (Entered: 03/16/2022)~~ |
|---|---|---|

| 03/18/2022 | 34 | MOTION for leave of Court to file amicus brief, to clarify errors re 32 Amended objection by D. George Sweigert. (DPer) (Entered: 03/18/2022) |
|---|---|---|

Attached as **EXHIBIT ONE:**

*Sweigert v. Cable News Network, Inc.*, Assigned to: District Judge Gershwin A. Drain,

**2:20-cv-12933-GAD-KGA**

| 03/21/2022 | 61 | JUDGMENT Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 03/21/2022) |
|---|---|---|

Attached as **EXHIBIT TWO:**

*Sweigert v. Goodman,* Assigned to: Judge Valerie E. Caproni,**18-cv-08653-VEC-SDA**

| 03/22/2022 | 382 | MOTION FOR RECONSIDERATION OF A JUDICIAL ORDER(ECF NO. 379 & 381), re; 381 Order on Motion to Dismiss 379 Order. Document filed by D George Sweigert.(sc) (Entered: 03/22/2022) |
|---|---|---|

Attached as **EXHIBIT THREE**:

YouTube broadcast, "CrowdSource The Truth 5" (public access)

***Webb of lies falls apart as "David v Goliath" CNN case gets dismissed six ways to Sunday.***

https://www.youtube.com/watch?v=qTuXPFoZERk

The above artifacts are accurate and truthful reproductions. Respectfully submitted on this March 22, 2022 (3/22/2022)

*/s/ D. Swt*

**D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org**

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically with pdf copies to all parties.

Jason Goodman
truth@crowdsourcethetruth.org

George Webb Sweigert
Georg.webb@gmail.com

I hereby attest that the foregoing was transmitted March 22, 2022 (3/22/2022) under the penalties of perjury.

*D. Sgt*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719