UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

George Webb Sweigert,

                Plaintiff,

-against-              CASE: 2: 22-cv-10002-GAD-KGA

Jason Goodman, dba
CrowdSource The Truth

                Defendant.

Non-party declarant
D. G. SWEIGERT, C/O
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Plaintiff
GEORGE WEBB SWEIGERT
209 ST. SIMONS COVE,
PEACHTREE, GA 30269-4201
503-919-0748
Georg.webb@gmail.com

Defendant
Jason Goodman
252 7th Avenue, Suite No. 6
New York, N.Y. 10001
(323)-744-3974
TRUTH@CrowdSourceTheTruth.org

**PLAINTIFF-INTERVENOR'S NOTICE OF WITHDRAWAL
OF MOTION TO INTERVENE ECF NO. 15, 21, 25, 28 AND 30**

## TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney third-party, (U.S. Air Force veteran with one half semester of law school training) to withdraw, without prejudice, his motion to intervene and all ancillary supporting papers.

The following papers should be considered WITHDRAWN (without prejudice).

| 02/14/2022 | 15 | REQUEST for intervention by D. G. Sweigert. (DPer) (Entered: 02/14/2022) |

| 02/22/2022 | 21 | INTERVENOR COMPLAINT filed by D. George Sweigert against Jason Goodman. (DPer) (Entered: 02/22/2022) |

| 02/22/2022 | 25 | MOTION for proposed intervention by D. George Sweigert. (DPer) (Entered: 02/23/2022) |

| 03/07/2022 | 28 | SUPPLEMENT to 25 Motion for proposed intervention filed by D. George Sweigert. (DPer) (Entered: 03/08/2022) |

| 03/16/2022 | 30 | SUPPLEMENTAL BRIEF in support of 25 Motion for proposed intervention filed by D. George Sweigert. (DPer) (Entered: 03/17/2022) |

Plaintiff and Defendant have not yet filed responses to the foregoing listed documents.

*[signature: D. Sgt]*

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically with pdf copies to all parties.

Jason Goodman
truth@crowdsourcethetruth.org

George Webb Sweigert
Georg.webb@gmail.com

I hereby attest that the foregoing was transmitted March 27, 2022 (3/27/2022) under the penalties of perjury.

*D. Sgt*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719