UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

George Webb Sweigert,

                Plaintiff,

-against-              CASE: 2: 22-cv-10002-GAD-KGA

Jason Goodman, dba
CrowdSource The Truth

                Defendant.

---

Non-party declarant
D. G. SWEIGERT, C/O
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Plaintiff
GEORGE WEBB SWEIGERT
209 ST. SIMONS COVE,
PEACHTREE, GA 30269-4201
503-919-0748
Georg.webb@gmail.com

Defendant
Jason Goodman
252 7th Avenue, Suite No. 6
New York, N.Y. 10001
(323)-744-3974
TRUTH@CrowdSourceTheTruth.org

**PROPOSED AMICUS WITHDRAWAL OF
MOTION TO FILE AMICUS BRIEF, ECF NO. 34, 37 AND 38**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney third-party, (U.S. Air Force veteran with one half semester of law school training) to withdraw, without prejudice, his motion to intervene and all ancillary supporting papers.

The following papers should be considered WITHDRAWN (without prejudice).

| 03/18/2022 | 34 | MOTION for leave of Court to file amicus brief, to clarify errors re 32 Amended objection by D. George Sweigert. (DPer) (Entered: 03/18/2022) |

| 03/22/2022 | 37 | SECOND AMICUS REQUEST for judicial notice to supplement ECF No. 56 by D. George Sweigert. (DPer) (Entered: 03/23/2022) |

| 03/22/2022 | 38 | CORRECTED SECOND AMICUS REQUEST for judicial notice to supplement ECF No. 34 by D. George Sweigert. (DPer) (Entered: 03/23/2022) |

Plaintiff and Defendant have not yet filed responses to the foregoing listed documents.

*D. Sgt*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically with pdf copies to all parties.

| | |
|---|---|
| Jason Goodman | George Webb Sweigert |
| truth@crowdsourcethetruth.org | Georg.webb@gmail.com |

I hereby attest that the foregoing was transmitted March 27, 2022 (3/27/2022) under the penalties of perjury.

*D. S⁀*

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**