## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION
## AT DETROIT

| | |
|---|---|
| **George Webb Sweigert,** | **: CASE** |
| | **:** |
| **Plaintiff,** | **: NO - 2:22-cv-1002-GAD-KGA** |
| | **:** |
| **V.** | **: US DISTRICT COURT JUDGE** |
| | **:** |
| | **: Judge Gershwin A. Drain** |
| | **:** |
| **Jason Goodman,** | **: AMENDED COMPLAINT** |
| | |
| **Defendant,** | |

### PLAINTIFF NOW FILES AN AMENDED COMPLAINT WITHIN THE 90 DAY TIMELINE OF ORIGINAL COMPLAINT

1. Now comes George Webb Sweiget, Plaintiff in Sweigert v Jason Goodman, Defendant in the Eastern District of Michigan, Case Number 2:22-cv-10002.

2. Federal Rule of Civil Procedure 15(a) provides that an Amended Complaint can be filed within the 90 day timeline of the original complaint.

3. "**Rule 15— Amended and Supplemental Pleadings - (a) Amendments.** A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served.

4. Fed. R. Civ. P. 15(a)(1).  By all standards of equity, Rule 15 instructs for application of additional time for the Court to consider an Amended Complaint that can add concision and clarity to the administration of jurisprudence.

5. **DEFENDANT GOODMAN IS UNDER SANCTION FROM A FEDERAL JUDGE IN THE SOUTHERN DISTRICT OF NEW YORK AND IS REQUIRED TO INFORM THIS COURT OF THE FACT BY MARCH 22ND, 2022 1:21-cv-10627 (Exhibit One).**

6. **DEFENDANT GOODMAN HAS BEEN FOUND TO BE INVOLVED IN VIOLATION OF A PROTECTIVE ORDER ISSUED BY A FEDERAL JUDGE, 1:21-cv-10627 AND NOT INFORMING OTHER COURTS LIKE THE EASTERN DISTRICT OF VIRGINIA (Exhibit Two)**

7. **RECORD OF FEDERAL LAWSUITS INVOLVING JASON GOODMAN**

   **Southern District of New York**

   **1:21-cv-10627-VEC Jason Goodman v. Adam Sharp et al, Valerie E. Caproni, presiding, Date filed: 12/13/2021**

   **1:21-cv-10878-AT-JLC Jason Goodman v. George Sweigert and Chris Bouzy et al, Analisa Torres, presiding, Date filed: 12/19/2021**

   **1:20-cv-07269-VEC The National Academy of Television Arts and Sciences, Inc. et al v. Multimedia System Design, Inc., Valerie E. Caproni, presiding, Date filed: 09/04/2020**

   **Eastern District of Michigan**

   **2:22-cv-10002-GAD-KGA George Sweigert v. Goodman, Gershwin A. Drain, presiding, Date filed: 01/03/2022**

   **2:20-cv-12933-GAD-KGA George Sweigert v. Cable News Network, Inc., Gershwin A. Drain, presiding, Date filed: 10/31/2020**

**Eastern District of Virginia**

**3:21-cv-00573-JAG Steele et al v. Goodman, John A. Gibney, Jr, presiding,**

**Date filed: 09/28/2020**

**DEFAMATIONS AND IRREPARABLE HARM CAUSE BY DEFENDANT GOODMAN**

8.     The Defendant filed an Amicus Brief in litigation (docket 20, 2:20-cv-12933-GAD-KGA, Sweigert v. CNN) which alleged fraud upon the court perpetrated by the Plaintiff, George Webb Sweigert, who was accused of being in a conspiracy with the Officer of the Court Richard Loury, according to Mr.  Goodman. Defendant Jason Goodman then used the Amicus brief to build a narrative of a criminal conspiracy that was disseminated in a dozen video productions (defamation by implication).

9.     Defendant Goodman, has continually used YouTube and other various social media platforms to repeat the Fraud on the Court allegation since July of 2021 that the Plaintiff, George Webb Sweigert (hereafter known as Webb)  and his brother, David George Sweigert (hereafter know as Sweigert), entered into a Criminal Conspiracy with Richard Loury, the Pro Se Administrator of the Federal Court in the Eastern District of Michigan.

10.    On one such typical YouTube broadcast on January 29th, 2022, Defendant Jason Goodman states, "According the the amended Amicus Brief, evidence on the docket is likely to prove a conspiracy with a Federal employee".  Mr. Goodman continues, "I've got

these guys dead to rights", "Michigan Penal Code makes it a Felony to alter or forge", and "I don't think they will get the maximum sentence". Any reasonable person would assume both Plaintiff George Webb Sweigert and Pro Se Administrator Richard Loury had alter or forged documents illegally from these statements. These statements are grossly untrue, malicious, vexatious, cause irreparable harm to the reputation of the Plaintiff, and are just one example of frequently diatribe repeating these allegations on his YouTube Channel called "Crowdsource the Truth" and his Patreon channel called "Lawfare".

11.     On December 30, 2021 the Defendant published a public video podcast, entitled, Ghost Town NYC – Hollywood Distorter's False Statements of Fact Favor EMMY Liars & Goodbye de Blasio, (https://www.youtube.com/watch?v=90_Jtqt-JtE) , where he stated on camera:

12.     Jason Goodman (1:10:52) "If it wasn't for that pesky amicus brief, because you see, that presented evidence that supports the allegation that a forged document was placed on the docket, and it raises certain questions about who might have done that. And I have a feeling, I don't know, and we won't know until the hearing happens, but I have a feeling, Judge Drain called that hearing because he wants to hear details about the evidence that I presented." .

13.     Defendant Jason Goodman continues "And the court does have the inherent power to conduct an investigation in the case that someone's trying to deceive them. Fraud on the court is within their power to investigate and punish people; for they got marshals there, they can arrest people, stick them in jail, and stuff, so we'll see what happens." Clearly, a reasonable person would conclude that Plaintiff George Webb Sweigert and Pro Se Administrator Richard Loury deserved to be investigated for

felonious wrongdoing when in actual fact, Richard Loury was just uploading Pro Se
documents to the Federal Court docket system as required by law.

13.     Defendant has acted in an extreme and outrageous manner to accuse the
Plaintiff of criminal conduct of Fraud on the Court resulting in professional
disparagement in addition to almost daily, hours long television shows repeating this
malicious and false claims ad nauseum.

14.     The stated business model of Defendant Jason Goodman's Patreon channel is (as
proclaimed on the PATREON credit card service
https://www.patreon.com/crowdsourcethetruth ) of CrowdSource The Truth  the so
called collection and vetting of private facts that are published about individuals to a
worldwide  Internet audience for commercial gain via PATREON/SUBSCRIBESTAR
"credit card merchant  account" transactions. This also includes the practice of sham
legal litigation filings (such as his  Amicus brief in Sweigert v. CNN) by Defendant
Goodman to support fund raising for the  COUNTER LAWFARE FUND (which solicits
donations, tributes, and funds from the general  public for "legal advocacy").

15.     Both Patreon and SubscribeStar are subscription-based membership sites. Unlike
YouTube or  blogging, where you create and publish content for free, only people who
sign up for a  membership can access your content on Patreon or SubscribeStar (though
some content can  be made available to the public for free).

https://rigorousthemes.com/blog/subscribestar-vs
patreon/#:~:text=Five%20percent%20service%20fee%3A%20This,3.5%20percent%2
0%2B%20%240.30%20per%20transaction.

16.     Since at least June 2021 information (passed off by Goodman as empirical
evidence) has been provided in both public and private podcasts, to include allegations

of  criminal conduct about the Plaintiff which are materially false. Commencing in July

2021,  Defendant Goodman began publishing fact statements regarding a criminal

conspiracy  (defamation per se, defamation by implication) to reveal his newly

discovered conspiracy by  third party tortfeasors to commit fraud upon this very Court

by both Sweigert brothers (SUPER  MARIO brothers) and the Court employee,

Administrator aka pro se coordinator, (Richard  Loury). This instant Complaint is

focused on such statements that commenced a year prior to the  docketing of this

Complaint.

17.    While operating CrowdSource The Truth platforms, Defendant has been

engaging  in the unfair acts and practices alleged in this Complaint which have

resulted in injuries and  damages to the Plaintiff in excess of $75,001.00. These

damages include business defamation, invasion of privacy by false light, defamation

per se, slander per se, libel per se, international  infliction of emotional distress

(I.I.E.D.).

18.    The Defendant has published materially false statements concerning the

professional competency and abilities of the Plaintiff who is a citizen journalist who

has published 42 professional booklets and seven books, twenty of which became

Amazon bestsellers. Such statements by the Defendant are of no legitimate interest to

the public, rather they are part of an on-going smear campaign. These unprivileged

statements of Plaintiff's supposed criminal conduct have resulted in special harm to

the Plaintiff's business, technical and professional reputation.

19.    The Plaintiff likeness, name, image and persona (violation of right to privacy)

have been used as part of a long-term false defamation campaign since at least July

2021 by a  so-called "fact checking service" provided by CrowdSource The Truth to lure

and entice  Michigan's consumers to the Defendant's "pay-wall" videos available at
PATREON.

20.    A year's long false advertising campaign capitalized on these falsifications across
a widespread social media network to ensure maximum audience  penetration. The
CrowdSource The Truth social media footprint is listed below:

- ☛ YouTube.com channel entitled "21c3D" [21st Century 3D]
  https://www.youtube.com/user/21c3D
- ☛ Patreon.com channel entitled "crowdsourcethetruth"
  https://www.patreon.com/crowdsourcethetruth
- ☛ Facebook.com channel entitled "Crowdsource The
  Truth". [Public Group]
  https://www.facebook.com/groups/crowdsourcethetruth/
- ☛ Facebook.com channel entitled "Crowdsource-The-Truth
  https://www.facebook.com/Crowdsource-The-Truth-13
  31354320209243/  ☛ Instamgram.com channel entitled
  "crowdsourcethetruth"
  https://www.instagram.com/crowdsourcethetruth/
- ☛ Redbubble.com channel entitled "crowdsource-the-truth"
  https://www.redbubble.com/shop/crowdsource+the+truth
- ☛ Subscribestar.com channel entitled "crowdsourcethetruth"
  https://www.subscribestar.com/crowdsourcethetruth
- ☛ Twitch.tv channel entitled "crowdsourcethetruth"
  https://www.twitch.tv/videos/170314609

21.    CrowdSource The Truth (under the control of Defendant Goodman) smears
human targets for reputation destruction under the guise of conducting hoax
"investigations",  like the accusations of a criminal corruption conspiracy within the
M.I.E.D. The "C.E.O." and  sole owner of M.D.S.I., the Defendant Jason Goodman,

acting in his personal and business capacities, utilizes CrowdSource The Truth as a smear campaign, false narrative delivery system.  Collective behavior of "patrons" or the "crowd" is directed by the "C.E.O." to facilitate cyber mob attacks on individuals (like the Plaintiff George Webb Sweigert), or the Pro Se Administrator for M.I.E.D. Richard Loury.

22.     Defendant has alleged in numerous podcasts to the public that Richard Loury (employee of M.I.E.D.), the Plaintiff and his brother "GEORGE WEBB" have participated in  some sort of court fraud upon the court and face "criminal charges" (false light), see January 29,  2022, Crowdsource the Truth livestream titled, Ghost Town NYC-Bomb Cyclone Edition  Blizzard '22. As Defendant Goodman stated in the video:

> Jason Goodman: (51:52) It's amazing the number of people who are in the professional  harassment business. It's so bad the Super Mario brothers (a reference to the Sweigert brothers), I can't believe I haven't spoken about them. There's been a lot of stuff going on with them. They seem to be concerned about Detroit. Did people catch my discussion  about traveling to Detroit? It was a big pain in the ass.
>
> The hearing got  canceled…hearing got canceled and I think I, I think I know why, I don't want to say  too much about it because these are ongoing things, but Super Mario brothers should be  very concerned about Detroit."
>
> (52:58) "I spoke to their buddy Richard again yesterday. Yes I did…have people calling that stupid Mario brothers. Uh there's a lawsuit in the Eastern District of Michigan, but  there was another filing in the suit yesterday and Richard Loury (of the Michigan Eastern
>
> District court staff) left his name on it. This guy's not too smart and they're going to be in a lot of trouble. I don't think they fully appreciate what's going on."
>
> (54:46) "If anybody had any questions If Mr. Loury were or were not guilty, I called him  up, he answered the phone. I said Richard are you all right? Your

voice sounds a little rough. And he said who's this? I said, it's Jason. He said I'm
okay. I said you've been  with George, what's going on with that? Click. Hung up
the phone. I don't  know personally, is that the way an innocent guy would act?"
(55:53) " I think when we finally get to speak with Judge Drain in the Eastern
District of  Michigan, it hit with a barrel."

23.     Any reasonable person hearing this characterization would be led to believe Pro

Se Administrator was going to be in a lot of trouble for illegally practicing law by writing

a Complaint for the Defendant.  Defendant Goodman also implies Richard Loury is now

covering up his crime of Conspiracy with Defendant George Webb Sweigert. This grossly

false, malicious, and vexatious accusation has never been retracted or apologized for.

Quite the contrary.  These false accusations for the fodder of weekly "Counter Lawfare"

fund raising television shows where the Plaintiff and Pro Se Administrator Richard

Loury's name are dragged through the mud again and again.

24.     The false light implication is that Richard Loury is working in a clandestine and

covert manner to corrupt the processes of the Eastern District of Michigan. The video

screenshots can be found at this link.

 ( https://www.youtube.com/watch?v=7LlPmHUz7Qs

25.     On January 18, 2022 the Defendant traveled to Detroit, Michigan with the intent

to attend a hearing in Sweigert v. CNN. It is believed that while in Detroit the

Defendant met  with a federal law enforcement special agent to provide his allegations

of the criminal conspiracy  (defamation by implication) involving the Sweigert brothers

(aka SUPER MARIO brothers) and  Richard Loury. Below is a public video podcast the

Defendant made while in Detroit.

https://www.youtube.com/watch?v=SSinKt_0PZE

26.     On Jan. 28. 2022, Jason Goodman, d/b/a as CrowdSource The Truth, published a Twitter tweet after hanging up the phone with Richard Loury. The tweet makes reference to a CrowdSource The Truth social media  podcast known as the "COUNTER LAWFARE REPORT". The hoax investigations (as depicted in the now removed tweet) are designed to promote antisocial behavior, such as cyber mob attacks, glamorization of  doxing, and incitement to violence. Outlined below is a typical video of Mr. Goodman concerning the "felonies" and  "violations of federal law" that have taken place as a result of the Plaintiff's conspiracy with  Richard Loury and Plaintiff GEORGE WEBB.

27.     At all times described herein, the Plaintiff is a pro se non-attorney layman that has  suffered Article III (U.S. Constitution) injuries and damages and seeks redress in the federal  courts. Plaintiff has suffered the dilution of his career as a bestselling author and as a citizen journalist as a direct result of the activities of the Defendant.

28.     Defendant Goodman controls M.S.D.I. as a New York State chartered corporation that has published announcements that the C.E.O. of said enterprise is known as "Jason Goodman" and operates other affiliates such as 21C3D. As stated on a public website, 21C3D  "maintains" offices in New York and Los Angeles (21C3D 505 8th Avenue, New York, N.Y. 10018 and 3450 Cahuenga Blvd, West, Los Angeles, California 90068 (see "21st Century 3D is  a full-service stereoscopic 3D motion picture production company with offices in New York  City and Los Angeles.")).

29.     The CROWDSOURCETHETRUTH.ORG website contains the phrase "Sponsorship By Mail: 21st Century 3D, 252 7th Avenue, New York, N.Y. 10001" (home address for Jason Goodman). The e-mail address provided is:

truth@crowdsourcethetruth.org . The Internet domain 21STCENTURY3D.COM shows

registration information as belonging to: jason@21stcentury3d.com. Plaintiff is

informed and  believes and based theron alleges that M.S.D.I. and/or 21C3D was at all

times relevant hereto  controlled by Defendant Goodman, using a corporation

organized under the laws of the State of  New York, with principal place of business

located at 252 7th Ave, #6s, New York, NY 10001.

### FIRST CAUSE OF ACTION

### DEFAMATION BY FALSE LIGHT BY GROSSLY FALSE, MALICIOUS, AND VEXATIOUS  SMEAR CAMPAIGN

30.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation

contained in Paragraphs 1 – 29, inclusive, as if fully restated herein.

31.    The conduct of Defendant, as alleged hereinabove, under the CrowdSource The

Truth trademark, constitutes a knowing and unauthorized use of the Plaintiff's name,

makes criminal conspiracy claims of Fraud on the Court about the Plaintiff and Officers

of the Eastern District of Michigan for commercial purposes. Plaintiff has suffered

actual damages as a result of Defendant's deliberate use of his names, photograph, and

likeness on advertisements and other types of solicitations for goods or services (e.g.

promotion of PATREON subscriptions).  Defendant engaged in outrageous conduct,

carried on with willful and conscious disregard of the rights of Plaintiff. Each such use

was unequivocally and directly for purposes of advertising or selling or soliciting

purchases of subscription services by Defendant Goodman via M.S.D.I. /  21C3D /

PATREON, such that prior consent was required.

32.    As set forth more fully above, Defendant's entire business is based around their

harassment campaigns against the Plaintiff and Officers of the Court of the Eastern District of Michigan. Defendant's most lucrative use of Plaintiffs' and Officers of the Court in the Eastern District of Michigan's names, photographs, pictures, portraits and/or likenesses, appears to be through Defendants' podcast almost as often as the Felony accusations about these same individuals, on PATREON, wherein Defendant solicits fees from their "patrons" or fans, to access their podcasts, which are principally based on using Plaintiffs' name, photographs, pictures, portraits and/or likenesses, as punching bags, and the basis of their shows, and the content therein.

33.    The Defendant's companies, operating at the direction of the C.E.O. Goodman, under the CrowdSource The Truth trademark, have made purely commercial video content, transmitted over the Internet wires, with the Plaintiff's likeness available on the PATREON and SubscribeStar podcast subscription credit card "pay for view" website. Such commercial content that attempts to establish a non-existent relationship with the Plaintiff does not qualify for the newsworthy privilege exemption.

34.    All of these tortious video productions are displayed for view to the general public using an Internet browser to access video podcast content via Internet networked servers that are maintained on-line by entities that operate public social media platforms in the jurisdiction of this Court (e.g. Google, LLC, YouTube, LLC, PATREON, INC, etc.).

35.    The foregoing described conduct demonstrates the manner in which the Defendant has violated the privacy of the Plaintiff.

36.    Such social media accounts to include Twitter, YouTube, PATREON, SubscribeStar, Vimeo, Banned.Video, Facebook, BitChute, Periscope, etc. These social media services were used to obtain commercial value by the morbid and sensational

prying into the private life of the Plaintiff for the sake of financial reward.


## SECOND CAUSE OF ACTION

Defamation by Implication – Against Defendant

37.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation

contained in Paragraphs 1 – 36, inclusive, as if fully restated herein.

38.     That Defendant made statements that are materially false concerning any

cooperation on the part of the Plaintiff to assist, participate or collaborate in any scheme

to  docket forged documents in this Court.

39.     Defendant's use of "the Sweigert brothers" and the "Super Mario Brothers" in an

opened and continuous podcast series indicates the portrayal that somehow the Plaintiff

is cooperating with his estranged brother ("David George Sweigert"), which the

Defendant knows is false,  and has proceeded in reckless disregard to the truth to state

otherwise.

40.     That Defendant places content on PATREON and SUBSCRIBESTAR under the

banner  of the COUNTER LAWFARE REPORT which implicates the "Super Mario

Brothers" and Officer of the Court Richard Loury in a criminal conspiracy. See previous

specific examples listed in this complaint.


41.     The above (now deleted) Twitter tweet from CrowdSource The Truth promotes

the COUNTER  LAWFARE REPORT on privatized channels, as does the YouTube

video, shown below, which  promotes the same program (featured cartoon of the

presiding judge); entitled, Ghost Town NYC  – Ukraine on the Brink as New York

Continues to Crumble, published Feb. 21, 2022.

https://www.youtube.com/watch?v=XXIW9QXb3r8

42.     This privatized smear campaign program (see above) that is advertised on the

public video Ghost  Town NYC – Ukraine on the Brink as New York Continues to

Crumble features content concerning the criminal conspiracy by the "Stupid Mario

Brothers". This implicates Officer of the Court Richard Loury in a confabulation with

"GEORGE WEBB" concerning a crime, according to the Defendant Jason Goodman, and

implicates the Plaintiff George Webb in such a crime.

43.     Mr. Goodman directs people to his COUNTER LAWFARE website, displaying

Goodman v. Bouzy and "GEORGE WEBB" (SDNY), revealing the identity of a "Super

Mario  Brother".  The Plaintiff George Webb Sweigert has never spoken with Conspiracy

Co-Defendant Christopher Bouzy or ever exchanged messages with him.  Hence, the

Defendant Mr. Goodman carries on the harassment and smear campaign in the

Southern District of New York as well, again with another imaginary co-conspirator.

44.     Defendant published discrete facts in such a way that they create a substantially

false and defamatory impression by omitting material facts or juxtaposing facts in a

misleading  way.

45.     Defendant published these discrete facts by innuendo, and that Defendant

intended or knew the implications that the public could draw from the allegedly

defamatory  material. These statements were made with a reckless disregard to the truth

by the Defendant.  The Defendant intended to convey a false impression that the

Plaintiff had violated the Michigan Penal Code.

46.    Defendant acted with negligence and actual malice to distribute these falsehoods. The Defendant's implications that the Plaintiff conspired with Richard Loury or "GEORGE WEBB" are materially false.

47.    That Defendant made statements capable of interpretation by a reasonable listener as stating "actual facts" about the plaintiff, as opposed to statements of opinion.

48.    The Plaintiff intends to prove that dozens of statements which qualify as defamation per se and support defamation by implication were published on PATREON and SUBSCRIBESTAR.

49.    That the foregoing statements (published as if fact) are false and defamatory and portray the Plaintiff in a false light which is the direct and proximate cause of injuries and damages to the Plaintiff in excess of $75,001.

<u>DAMAGES</u>

50.    Plaintiff seeks damages and equitable relief on behalf of himself, which relief includes, but is not limited to, compensatory and punitive damages, an order enjoining Defendant from the use of the Plaintiff's likeness, name and/or persona in social media podcasts, as well as Plaintiff's future reasonable attorneys' fees and expert fees, and any additional relief that this Court determines to be necessary or appropriate to provide complete relief to Plaintiff.

51.    Defendant's acts and conduct have caused damage to Plaintiff and Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of Defendant's wrongful acts in an amount subject to proof at trial. Plaintiff suffered from fear and confusion, self-doubt, anger, disbelief, shock, gloom, isolation, bewilderment as a direct and in direct of the Defendants actions. \

52.    Plaintiff seeks an order of this Court awarding damages, restitution, disgorgement, injunctive relief and all other relief allowed.

53.    Plaintiff -Intervenor is entitled to compensatory and punitive damages, to include:  ☎ Plaintiff's loss of peace of mind; and Plaintiff's mental anguish; and, Damage to  Plaintiff's reputation by Defendant's association of him with loathsome, embarrassing,  and immoral "news stories"; and,

☎ Plaintiff's humiliation, embarrassment, and mental distress.

## PRAYER FOR RELIEF

54.    WHEREFORE, Plaintiff, GEORGE WEBB SWEIGERT requests entry of judgment in his  favor and against Defendant. The Plaintiff requests that this Court:

a. Enter judgment against Defendant and in favor of Plaintiff for each violation  alleged in this Complaint;

b. Award Plaintiff monetary civil penalties against Defendants for each violation  of the Michigan and federal law alleged in this Complaint; and

c. Award Plaintiff the costs of bringing this action, as well as such other and  additional relief as the Court may determine to be just and proper.

## REQUEST FOR INJUNCTIVE RELIEF

55.    Plaintiff seeks a preliminary injunctive relief (P.I.R.) order from this Court to direct Jason  Goodman, SUBSCRIBESTAR, M.S.D.I. and 21C3D to remove all materials from social media  that feature the likeness, photograph, name or persona of the Plaintiff in content that solicits  sponsorships on the PATREON platform for

CrowdSource The Truth.

56.     Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive  and such other relief as the Court may deem appropriate to halt and redress violations of any  provision of law enforced by the FTC. The Court, in the exercise of its equitable jurisdiction,  may award ancillary relief, including rescission or reformation of contracts, restitution, the  refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any  violation of any provision of law enforced by the FTC.

DEMAND FOR JURY TRIAL

57.     Pursuant to Fed. R. Civ. P. 38(b) Plaintiff  GEORGE WEBB SWEIGERT hereby demands a  trial by jury on all issues triable in this action.


Respectfully submitted this 29th day of March, 2022,


George Webb Sweigert (pro se),
george.webb@gmail.com, 503-919-0748
1671 W. Stearns Road, Suite E
Temperance, MI 48182

Signed this day of March 21st, 2022