IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE
ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,[1]
        Plaintiffs,

v.                                   Civil Action No. 3:21cv573

JASON GOODMAN,
        Defendant.

### ORDER

This matter comes before the Court on its own initiative. On March 17, 2022, the Court learned that the Honorable Valerie Caproni, United States District Judge for the Southern District of New York, entered an Order directing Defendant Jason Goodman to "file a copy of [the] Order in every lawsuit in which he . . . is a party." (*The Nat'l Acad. of Television Arts & Scis. v. Multimedia Sys. Design, Inc.*, Civil Action No. 1:20cv7269, ECF No. 156, at 6.) Judge Caproni's Order applies "whether the lawsuit is in state . . . or federal court and whether [the defendant] . . . is represented or *pro se*." (*Id.*)

The Court has reviewed the Order and now DIRECTS the Clerk's Office to docket a copy of it in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and the defendant.

Date: 18 March 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

---

[1] By Order dated November 16, 2021, the Court granted Earth Intelligence Network's motion to substitute Kathy Steele for her late husband, Robert David Steele. (ECF No. 24.) The Court DIRECTS the Clerk's Office to update the case caption accordingly.