UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT

| | |
|---|---|
| **George Webb Sweigert,** | : CASE |
| | : |
| Plaintiff, | : NO - 2:22-cv-1002-GAD-KGA |
| | : |
| V. | : US DISTRICT COURT JUDGE |
| | : |
| | : Judge Gershwin A. Drain |
| | : |
| **Jason Goodman,** | : AFFIDAVIT OF SERVICE |
| | |
| Defendant, | |

**BACKGROUND - PLAINTIFF HAS EXHAUSTED ALL REQUESTS TO ASK DEFENDANT TO CEASE DEFAMATIONS AND SLANDERS**

1. Now comes George Webb Sweiget, Plaintiff in Sweigert v Jason Goodman, Defendant in the Eastern District of Michigan, Case Number 2:22-cv-10002.

2. Defendant Jason Goodman intervened into the Eastern District of Michigan Federal Court as a Non-party in July 2021 into Sweigert v CNN, 2:20-cv-12933, will an entirely false, malicious, vexatious Amicus Brief, accusing the Plaintiff, George Webb Sweigert, into a Felony Conspiracy to commit Fraud On The Court with Pro Se Administrator, Richard Loury.

3. Since July of 2021, the Defendant has continually repeated these malicious and false claims on his YouTube channels, "Crowd Source The Truth", almost daily, and on his Patreon pay channel, "The Counter Lawfare Show". This outrageous

undermining of the legitimacy of the Court by Defendant Goodman culminated in Goodman recommending that Judge Gershwin should be sanctioned on his "Counter Lawfare Show" along with admitting to calling out law enforcement on many members of the Court staff including Judge Drain.  In February of 2022, a series of harassing phone calls to Court personnel after hours and on the weekends was made by Defendant Goodman in this barrage of harassment on the Court.

4. On March 4th, 2022 in Zoom conference with the Honorable Judge Gershwin Drain, Plaintiff Sweigert again offered to withdraw this action if the Defendant Jason Goodman would desist in his Defamations and disruptions in the Sweigert v CNN case.  Defendant Goodman refused this chance to resolve this manner as witnessed by Judge Drain.

5. Instead of simply ceasing and desisting from the Defendant's Defamations, Defendant Goodman compounded his Defamations with fresh accusations of Fraud on the Court, Forgery, and Illegal Practice of Law by Pro Se Administrator Loury, and Felony Conspiracy between Pro Se Administrator and Plaintiff George Webb Sweigert in an Amended Amicus Brief on March 17th, 2022.

6.  In one last attempt by Plaintiff Sweigert to encourage Defendant Goodman to desist from his Defamations on his for pay Patreon service "Counter Lawfare Show" and his YouTube shows, "Crowd Source The Truth", Plaintiff Sweigert went to the extreme measure of leaving the Country to report on the Ukraine War from Europe.  Defendant Goodman's defamations continued unabated nonetheless.

**BAD FAITH HISTORY IN FEDERAL COURT BY DEFENDANT GOODMAN**

7. **DEFENDANT GOODMAN IS UNDER SANCTION FROM A FEDERAL JUDGE IN THE SOUTHERN DISTRICT OF NEW YORK AND IS REQUIRED TO INFORM THIS COURT OF THE FACT BY MARCH 22ND, 2022 1:21-cv-10627 (Exhibit One).**

8. **DEFENDANT GOODMAN HAS BEEN FOUND TO BE INVOLVED IN VIOLATION OF A PROTECTIVE ORDER ISSUED BY A FEDERAL JUDGE, 1:21-cv-10627 AND NOT INFORMING OTHER COURTS LIKE THE EASTERN DISTRICT OF VIRGINIA (Exhibit Two)**

9. RECORD OF FEDERAL LAWSUITS INVOLVING JASON GOODMAN

    Southern District of New York

    1:21-cv-10627-VEC Jason Goodman v. Adam Sharp et al, Valerie E. Caproni, presiding, Date filed: 12/13/2021

    1:21-cv-10878-AT-JLC Jason Goodman v. George Sweigert and Chris Bouzy et al, Analisa Torres, presiding, Date filed: 12/19/2021

    1:20-cv-07269-VEC The National Academy of Television Arts and Sciences, Inc. et al v. Multimedia System Design, Inc., Valerie E. Caproni, presiding, Date filed: 09/04/2020

    Eastern District of Michigan

    2:22-cv-10002-GAD-KGA George Sweigert v. Goodman, Gershwin A. Drain, presiding, Date filed: 01/03/2022

    2:20-cv-12933-GAD-KGA George Sweigert v. Cable News Network, Inc., Gershwin A. Drain, presiding, Date filed: 10/31/2020

Eastern District of Virginia

3:21-cv-00573-JAG Steele et al v. Goodman, John A. Gibney, Jr, presiding, Date filed: 09/28/2020

**DEFENDANT GOODMAN'S FALSE, MALICIOUS, AND VEXATIOUS ATTACKS ON PLAINTIFF GEORGE WEBB SWEIGERT AND COURT OFFICER RICHARD LOURY CONSTITUTE CONSTRUCTIVE SERVICE OF THIS LAWSUIT.**

10. By entering into the Federal Court of the Eastern District of Michigan and making outrageous, false, and malicious Fraud allegations against Officers of this Court after the Original Complaint was filed, Defendant Goodman constructively serve himself in this lawsuit.

11. Due to Defendant Goodman's outrageous use of law enforcement in an attempt to undermine the Court in addition to harassing phone calls after hours and on weekends to many Court Officers, Defendant Goodman constructively served himself in this lawsuit.

12. By appearing in a Sanctions hearing before Judge Drain on March 4th, 2022 to discuss Defendant Goodman's outrageous behavior in invoking law enforcement investigations on Officers of the Court, Defendant Goodman effectively served himself in this lawsuit.

13. Just one example of an additional Defamation by the Defendant occurred when he filed an Amended Amicus Brief in litigation on March 14th, 2022 (docket 20, 2:20-cv-12933- GAD-KGA, Sweigert v. CNN) which alleged fraud upon the court, perpetrated by the Plaintiff, George Webb Sweigert, who was accused of being in a

conspiracy with the Officer of the Court Richard Loury, according to Mr. Goodman. Defendant Jason Goodman then used the Amicus brief to build a narrative of a criminal conspiracy that was disseminated in a dozen video productions (defamation by implication).

14. Additional Defamations since the filing of the Original Complaint on January 4th, 2022 have occurred almost daily by Defendant Goodman, who has continually used YouTube and other various social media platforms to repeat the Fraud on the Court allegation since July of 2021 that the Plaintiff, George Webb Sweigert (hereafter known as Webb) and his brother, David George Sweigert (hereafter know as Sweigert), entered into a Criminal Conspiracy with Richard Loury, the Pro Se Administrator of the Federal Court in the Eastern District of Michigan.

15. On one such typical YouTube broadcast on January 29th, 2022, Defendant Jason Goodman states, "According to the amended Amicus Brief, evidence on the docket is likely to prove a conspiracy with a Federal employee". Mr. Goodman continues, "I've got these guys dead to rights", "Michigan Penal Code makes it a Felony to alter or forge", and "I don't think they will get the maximum sentence". Any reasonable person would assume both Plaintiff George Webb Sweigert and Pro Se Administrator Richard Loury had alter or forged documents illegally from these statements. These statements are grossly untrue, malicious, vexatious, cause irreparable harm to the reputation of the Plaintiff, and are just one example of frequently diatribe repeating these allegations on his YouTube Channel called "Crowdsource the Truth" and his Patreon channel called "Lawfare".

**BEST EFFORTS WERE MADE TO GET THE DEFENDANT TO CEASE AND DESIST FALSE ALLEGATIONS OF FELONY CONSPIRACY TO COMMIT FRAUD.**

16.     Every possible effort was made to get the Defendant Jason Goodman to cease and desist.  The Plaintiff, George Webb Sweigert, delayed serving this lawsuit until the last possible point before overnight, certified Service could be made.

17.     The Plaintiff used Express Mail - Certified Mail with Return Signature Receipt to send the Summons, Original Complaint, and Amended Complaint to Defendant Jason Goodman.







18. In addition to the photographic proof of this Certified Mail Service, George Webb made a video at the Temperance, Michigan Post Office to prove this Summons, Original Complaint, and Amended Complaint was served properly.

https://twitter.com/RealGeorgeWebb1/status/1509526196287164422?s=20&t=nGXWgnAxzZxx_19vddLZmQ

Respectfully submitted this 31st day of March 2022,

*George Sweigert* (signature)

George Webb Sweigert (pro se),
george.webb@gmail.com, 503-919-0748
1671 W. Stearns Road, Suite E
Temperance, MI 48182

Signed this day of March 31st, 2022