22-10002

George Webb Sweigert
1671 W. Stearns Rd.
Suite E
Temperance, MI 48182

**RECEIVED**
JUN 22 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

NIXIE 482 DE 1 7 00 2295/16/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 4822627183 9
9000-0004-0000 0080N16704-0000

OFFICIAL BUSINESS

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| George Webb Sweigert | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:22-cv-10002 |
| | ) | |
| v. | ) | |
| | ) | Hon. Gershwin Drain |
| Jason Goodman | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Jason Goodman
252 7th Avenue, No. 6S
New York, New York 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Webb Sweigert
1671 W. Stearns Road Suite D
Temperance, MI 48182

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _____
Signature of Clerk or Deputy Clerk

Date of Issuance: 3/17/22